JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGNER TICKETS & TOURS, INC. d/b/a AAA ATTRACTIONS <br><br> Defendants. | Case No. 8:24-cv-02335-AH-(JDEx) <br><br> **FINAL JUDGMENT** |

Pursuant to the Court's Order granting Plaintiff's Amended Application for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. That Defendant, its agents, attorneys, representatives, employees, and all persons in active concert or participation with any of them are hereby permanently enjoined and restrained from using, without Plaintiff's authorization, any of the AAA Marks, including, without limitation, the designation "AAA" and any other name, logo, or mark that is confusingly or deceptively similar to the AAA Marks, logos, or trade names, either alone or in conjunction with other words or symbols, as part of any trademark, service mark, logo, trade name, corporate name, assumed name, domain name, on or in relation to any goods sold or distributed by the Defendant, or in any other manner; and from using combination letter "A's" in any form or manner that

would tend to identify or associate Defendant or its business or services with Plaintiff, including in the marketing, promotion, advertising, identification, sale or distribution of goods or services, or in any other manner;

2. Within thirty (30) days after service of the Judgment on Defendant, pursuant to 15 U.S.C. § 1118 and California law, Defendant shall destroy all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, internet content, stationery, software, and other items in its possession or control that contain the infringing mark, the designation "AAA," or any other term confusingly similar to "AAA," either alone or in combination with other words or symbols and to destroy all plates, molds, matrices, masters, and other means of making any of those infringing items;

3. Within thirty (30) days after service of the Judgment on Defendant, Defendant shall abandon, cancel, delete, and/or withdraw, with prejudice, any U.S. or state trademark applications or registrations that contain the AAA Marks, or any other confusingly similar name, logo, or mark;

4. Within thirty (30) days after service of the Judgment on Defendant, Defendant shall file all documentation necessary to cancel or amend any business names, trade names, licenses, or corporate registrations or applications associated with the infringing mark that incorporate the AAA Marks and any other corporate or business registrations, registered trade names, or business licenses controlled by Defendant that contain the AAA Marks or any other confusingly similar name, logo, or mark, and Defendant shall take all further necessary actions to cancel or amend these records within one week of receiving notice that such actions are necessary;

5. Within thirty (30) days after service of the Judgment on Defendant, Defendant shall transfer to Plaintiff any and all domain names in its or its agents' possession, custody, or control that include the AAA Marks, including AAAATTRACTIONS.COM;

6. Within thirty (30) days after service of the Judgment on Defendant,

1  Defendant shall file with the Clerk of this Court and serve on Plaintiff, a report in
2  writing, under oath, setting forth in detail its compliance therewith; and
3      7.   The Clerk of the Court shall close this case, except that this Court shall
4  retain jurisdiction for the purpose of enforcing this Order.
5      This is a final judgment.
6  Dated: March 13, 2025                    _____
7                                            HON. ANNE HWANG
                                             UNITED STATES DISTRICT JUDGE

3