# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGNER TICKETS & TOURS, INC. d/b/a AAA ATTRACTIONS, <br><br> Defendant. | Civil Case No. 8:24-cv-02335-AH-(JDEx) <br><br> **ORDER HOLDING DEFENDANT DESIGNER TICKETS & TOURS, INC. IN CONTEMPT** |

     Based upon the Court's Findings of Fact and Conclusions of Law, Dkt. No. 45, the Court holds Defendant Designer Tickets & Tours, Inc. ("Defendant") in contempt. The Court ORDERS that Defendant pay a fine to the Court of $50.00 per day until such time as it complies with terms of the Court's Final Judgment. Dkt. No. 31. Specifically, Defendant must file with the Clerk of this Court and serve on Plaintiff The American Automobile Association, Inc. ("Plaintiff" or "AAA") a report in writing, under oath, setting forth in detail its compliance with the Court's Final Judgment. *Id.* ¶ 6.

     Plaintiff is ordered to personally serve this Order and the Court's Findings of Fact and Conclusions of law (Dkt. No. 45) on Defendant, and to file a proof of service with the Court no later than **fourteen (14 days)**. The fine will commence upon the filing of the **proof of service**.

**IT SO ORDERED.**

Date: August 22, 2025

                                                         _____
                                                         HON. ANNE HWANG

                                                         UNITED STATES DISTRICT JUDGE